1

2

3

4

5

6

7

8                         UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    STEVIE LEE BOSTON,                          No.  2:22-cv-0354 KJN P

12                  Plaintiff,

13          v.                                    ORDER

14    UNKNOWN,

15                  Defendant.

16

17          Plaintiff, a state prisoner proceeding pro se, filed a civil rights action pursuant to 42

18    U.S.C. § 1983.  Plaintiff has not, however, filed an in forma pauperis affidavit or paid the

19    required filing fee of $350.00 plus the $52.00 administrative fee.[1]  See 28 U.S.C. §§ 1914(a),

20    1915(a).  Plaintiff is provided the opportunity either to submit the appropriate affidavit in support

21    of a request to proceed in forma pauperis or to submit the required fees totaling $402.00.

22          The undersigned observes that plaintiff wrote, "Imminent Danger" in the caption of his

23    complaint.  Plaintiff alleges that in October and November 2021, he was over-medicated with

24    anti-psychotic (and possibly other) medication.  Plaintiff does not appear to claim that he is

25    currently over-medicated.  The undersigned will issue an order screening plaintiff's complaint

26

27    _____
      [1] If leave to file in forma pauperis is granted, plaintiff will still be required to pay the filing fee
      but will be allowed to pay it in installments.  Litigants proceeding in forma pauperis are not
28    required to pay the $52.00 administrative fee.

                                                   1

1  following receipt of plaintiff's in forma pauperis affidavit or the filing fee.

2       In accordance with the above, IT IS HEREBY ORDERED that:

3       1.  Plaintiff shall submit, within thirty days from the date of this order, an affidavit in

4  support of his request to proceed in forma pauperis on the form provided by the Clerk of Court, or

5  the required fees in the amount of $402.00; plaintiff's failure to comply with this order will result

6  in a recommendation that this action be dismissed; and

7       2.  The Clerk of the Court is directed to send plaintiff a new Application to Proceed In

8  Forma Pauperis By a Prisoner.

9  Dated:  February 28, 2022

10

11                          KENDALL J. NEWMAN
                            UNITED STATES MAGISTRATE JUDGE

12

13     bost0354.3a(CDCR)

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                              2